Date: 7-13-2023

Neeeie Maria Hart

Plaintiff / Petitioner

v.

149 Burnham St.
Apt. 1
Battle Creek, MI 49015

Civil Action No:
23A-2021-00149

Community Action Agency of South Central Michigan

1:23-cv-752

Hala Y. Jarbou
Chief U.S. District Jurdge

FILED - KZ
July 14, 2023 9:24 AM
U.S. DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
ems  Scanned by ES/7/14

- Type of Claim: Discrimination lawsuit based on race, bias, and unfair hiring practice.
- The court has jurisdiction over this matter because it's within my district.
- Facts of my claim: I was racially discriminated for a position that I applied. The position was given to a white individual with less and no experiece. Canidate also didn't meet the minimium qualifications. There's evidence of conflicting materials.

- I demand a jury in this matter.

- I'm seeking compansation relief of $500,000 for mental anguish and lost of permanent employment.

Pleas accept my request for hearing.
        Thanks,
                                    7/13/23