UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

NEECIE MARIA HART,

    Plaintiff,

v.

    Case No. 1:23-cv-752

    Hon. Hala Y. Jarbou

COMMUNITY ACTION AGENCY OF
SOUTH CENTRAL MICHIGAN,

    Defendant.

_____/

## ORDER

On July 17, 2023, Magistrate Judge Sally J. Berens issued a Report and Recommendation (R&R) recommending that the Court dismiss Plaintiff's complaint for failure to state a claim upon which relief may be granted (ECF No. 6). The R&R was duly served on the parties. No objections have been filed, and the deadline for doing so expired on July 31, 2023. On review, the Court concludes that the R&R correctly analyzes the issues and makes a sound recommendation.

Accordingly,

**IT IS ORDERED** that the R&R (ECF No. 6) is **APPROVED** and **ADOPTED** as the opinion of the Court.

**IT IS FURTHER ORDERED** that Plaintiff's complaint is **DISMISSED**.

A judgment will issue in accordance with this order.

Dated: August 8, 2023

/s/Hala Y. Jarbou
HALA Y. JARBOU
CHIEF UNITED STATES DISTRICT JUDGE